UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHIA SHABA, | ) | Civil Case No. 07cv0738-WQH (CAB) |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DISCOVERY |
| THE UNITED STATES OF AMERICA | ) ) | [Doc. No. 18] |
| Defendant. | ) ) | |

GOOD CAUSE SHOWING, IT IS HEREBY ORDERED that the joint motion to extend time for discovery [Doc. No. 18] is granted and that the discovery dates with regard to the psychiatric issues in this case shall be extended as follows:

| | |
|---|---|
| First Expert Exchange: | August 15, 2008 |
| Rebuttal Exchange: | August 22, 2008 |
| Expert Reports Due: | August 29, 2008 |
| Supplemental Expert Reports: | September 12, 2008 |

For purposes of completing discovery pertaining to the psychiatric issues in this case, the discovery cutoff shall be extended such that all discovery shall be completed on or before September 19, 2008. Additionally, the discovery cutoff of August 15, 2008 shall be extended to August 22, 2008 in order to allow the parties to take the expert deposition of Plaintiff's standard of care

07cv00738

physician expert.  All other discovery dates shall remain unchanged.

**IT IS SO ORDERED.**

DATED: August 20, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge